**Electronically Filed
Supreme Court
SCPR-23-0000632
20-NOV-2023
08:22 AM
Dkt. 6 OGP**

SCPR-23-0000632

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE DAVID T. PIMENTEL, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING
(By: Recktenwald, C.J., McKenna and Eddins, JJ.,
and Intermediate Court of Appeals Associate Judges
Wadsworth and McCullen, assigned by reason of vacancies)

Upon consideration of the petition to resign from the practice of law in the State of Hawai'i, filed by attorney David T. Pimentel, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), but to retain the paper license as a memento, as authorized by RSCH Rule 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner Pimentel has fully complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner Pimentel may retain the paper license as a memento.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, declaration, and record requirements of RSCH Rules 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner Pimentel, attorney number 5639, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED:  Honolulu, Hawai'i, November 20, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Clyde J. Wadsworth

/s/ Sonja M.P. McCullen

